

**ORDERED in the Southern District of Florida on July 16, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re: | CASE NO. 19-11849-RAM |
|  | CHAPTER 13 |
| FRAIBEL HERNANDEZ, |  |
| Debtor. |  |

**ORDER SUSTAINING IN PART**
**DEBTOR'S OBJECTION TO U.S. BANK CLAIM**

The Court conducted a hearing on July 11, 2019, on the Debtor's Objection to Claim [DE# 30], objecting to Claim 2-1 filed by U.S. Bank Trust National Association ("U.S. Bank"). U.S. Bank subsequently filed an Amended Claim, Claim 2-2. The Amended Claim asserts the same arrearage stated in the original claim, $61,732.92, but the attachment has been revised to more accurately describe the

fee and cost items, including correcting a mistake in describing some attorney's fees as inspection fees.

Prior to the filing of this bankruptcy case, on February 11, 2019, U.S. Bank obtained a final judgment of foreclosure on October 15, 2018. The primary issue argued at the July 11th hearing is whether U.S. Bank's arrearage claim in this case can include attorney's fees and costs incurred by U.S. Bank prior to the date of the judgment in excess of the fees and costs awarded in the judgment. The Court finds that it cannot. Simply stated, the amount of attorney's fees and costs payable under the mortgage through the date of the judgment was determined with finality in the judgment. U.S. Bank's claim can include fees and costs incurred after the date of the judgment and prior to the filing of the bankruptcy case. Therefore, it is –

**ORDERED** as follows:

1. The Debtor's Objection to Claim is sustained in part.

2. By <u>July 30, 2019</u>, U.S. Bank shall file a second amended claim that eliminates any attorney's fees and costs incurred prior to October 15, 2018 that were not awarded in the state court final judgment.

3. By August 9, 2019, the Debtor shall file a supplemental objection to the second amended claim if he disputes any of the amounts in the second amended claim.

###

COPIES TO:

Ricardo Corona, Esq.
Jason Weber, Esq.
Nancy Neidich, Trustee